United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-15947-RB |
| Raul Ramirez | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 27, 2025 | Form ID: van102 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Raul Ramirez, 10972 Admirals Bay St, Victorville, CA 92392-4819 |
| 42165909 | + | ADT, 1 Town Center Road, Boca Raton, FL 33486-1039 |
| 42203604 | | CITY OF VICTORVILLE WATER & SANITATION, 14343 CIVIC DR, VICTORVILLE CA 92392-2303 |
| 42165915 | | Southwest Credit / T-Mobile, 12920 Se 38th St, Bellevue, WA 98006-1350 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 28 2025 01:02:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 28 2025 01:03:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42165910 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2025 01:03:54 | Capital One, PO Box 31293, Salt Lake Cty, UT 84131-0293 |
| 42165911 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 28 2025 01:03:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42165912 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2025 01:02:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 42165913 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 28 2025 01:01:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 42165914 | | Email/Text: qlsbankruptcyhub@mccarthyholthus.com | Jan 28 2025 01:01:00 | Quality Loan Service Corp, 2763 Camino Del Rio S, San Diego, CA 92108-3708 |
| 42165916 | | Email/Text: bankruptcy@uownonline.com | Jan 28 2025 01:02:00 | U-Own, 10500 University Center Dr Ste 150, Tampa, FL 33612-6461 |
| 42165917 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2025 01:02:00 | US Bank Home Mortgage, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 42165918 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 28 2025 01:00:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jan 27, 2025 | Form ID: van102 | Total Noticed: 14

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Raul Ramirez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Larry D Simons (TR) | larry@lsimonslaw.com c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Raul Ramirez
**SSN:** xxx−xx−2258
**EIN:** N/A

10972 Admirals Bay St
Victorville, CA 92392−4819

**BANKRUPTCY NO.** 6:24−bk−15947−RB
**CHAPTER** 7

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor did not file a Certification About a Financial Management Course.

Dated: January 27, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN−102 clsnodsc) rev. 12/2024

**15 / AUTU**